UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60028-CIV-SMITH

LILIAN MENDOZA,

      Plaintiff,

vs.

HM EVENTS & HOSPITALITY LLC,

      Defendant.
_____/

**ORDER**

This matter is before the Court on a *sua sponte* review of the record. On January 6, 2020, Plaintiff filed her Complaint [DE 1]. To date, there is no indication in the court file that Defendant, HM Events & Hospitality LLC has been served with the summons and Complaint. On October 16, 2020, the Court entered an Order to Show Cause [DE 5], requiring Plaintiff to perfect service upon the Defendant on or before **October 20, 2020**, or show cause why this action should not be dismissed for failure to perfect service. Plaintiff has failed to comply with the Court's Order. Accordingly, it is

      **ORDERED that** this matter is **DISMISSED without prejudice** and this case is **CLOSED.**

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of October, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record